# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Richard Lee Oprenchak, Jr., | Civil No. 11-CV-425 (PJS/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| American Family Mutual Insurance Company, and its affiliates and subsidiaries, | |
| James R. Andersen, Branch Manager, individual | |
| Don Johnson, State Operations Manager, individual, | |
| and | |
| Jane Spindler, AVP East Region, individual, | |
| Defendants. | |

---

Richard Lee Oprenchak, Jr., 10215 32nd Avenue North, Plymouth, MN 55441.

David P. Jendrzejek, Marcy R. Frost, and Taylor D. Tarvestad-Sztainer, Moss & Barnett, PA, 90 S 7th Street, Suite 4800, Minneapolis, MN 55402.

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated March 26, 2012 (Docket No.30), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that Defendants' Amended Motion to Dismiss the Complaint (Docket No. 12; see also

Docket No. 8) is **GRANTED IN PART** and **DENIED IN PART**; and this matter is

**DISMISSED WITHOUT PREJUDICE**.

Date:  04/13/12                          s/Patrick J. Schiltz
                                                                  Patrick J. Schiltz
                                                                  United States District Judge